UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:23-cv-80681

NIA C. SAMUEL, an individual

    Plaintiff,

v.

HYUNDAI CAPITAL AMERICA, INC.,
d/b/a KIA FINANCE AMERICA, a
foreign corporation,

    Defendant.

_____/

## NOTICE TO STRIKE APPEARANCE

**PLEASE TAKE NOTICE** that Brandon T. White of the law firm of Holland & Knight LLP hereby strikes his appearance as counsel for Defendant, HYUNDAI CAPITAL AMERICA, INC., d/b/a KIA FINANCE AMERICA.

Dated: May 1, 2023.

                                                          Respectfully submitted,

                                                          By: ___*s/* Brandon *T. White*___
                                                              Brandon T. White, Esq.
                                                             **HOLLAND & KNIGHT LLP**
                                                             701 Brickell Avenue, Suite 3300
                                                             Miami, FL 33131
                                                             Tel: (305) 374-8500
                                                             Fax: (305) 789-7799
                                                             Florida Bar No. 106792
                                                             brandon.white@hklaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of May, 2023, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will serve notice of electronic filing to all counsel of record.

                                                  *s/ Brandon T. White*
                                                   Brandon T. White

## SERVICE LIST

Joshua Feygin, PLLC
1930 Harrison Street, Suite 208F
Hollywood, FL  33020
(954) 228-5674
josh@jfeyginesq.com

*Counsel for Plaintiff*