**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

_____

NIA C. SAMUEL,                                    Case Number: 9:23-cv-80681-AMC
an Individual,

      Plaintiff

vs.

HYUNDAI CAPITAL AMERICA, INC.,
d/b/a KIA FINANCE AMERICA,
a Foreign Corporation,

      Defendant.

_____

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

**1)** **The name of each person, attorney, association of persons, firm, law firm, partnership corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:**

    a.    Nia C. Samuel, Plaintiff.

    b.    Joshua Feygin, Counsel for Plaintiff.

    c.    Sue Your Dealer- A Law Firm, Counsel for Plaintiff

    d.    Hyundai Capital America, California corporation, Defendant.

    e.    Hyundai Motor America owns 80% of stock of Hyundai Capital America.

    f.    Hyundai Motor Company, parent company of Hyundai Motor America. Is a publicly traded company on the Korea Stock Exchange.

    g.    Kia Motors America, Inc., California corporation owns 20% of stock of Hyundai Capital America.

    h.    Kia Motors Corporation, Parent company of Kia Motors America, Inc., publicly traded company on the Korea Stock Exchange.

    i.    Kia Finance America, d/b/a of Hyundai Capital America, Defendant.

    j.    Brandon T. White, Counsel for Defendant Hyundai Capital America, d/b/a Kia Finance America.

    k.    Holland & Knight LLP, Counsel for Defendant Hyundai Capital America, d/b/a Kia Finance America.

**2)   The name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:**

None known at this time.

**3)   The name of every other entity which is likely to be an active participate in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

None known at this time.

**4)   The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:**

Nia C. Samuel, Plaintiff.

I hereby certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

Dated: June 12, 2023

Respectfully submitted,

HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Tel:  (305) 374-8500
Fax: (305) 789-7799

By: */s/ Brandon T. White*
　　Brandon T. White
　　Florida Bar No. 106792
　　brandon.white@hklaw.com

*Attorney for Hyundai Capital America*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of June, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing electronically.

*s/ Brandon T. White*
Brandon T. White

## SERVICE LIST

Joshua Feygin, Esq.
**SUE YOUR DEALER – A LAW FIRM**
1930 Harrison Street, Suite 208F
Hollywood, FL  33020
Tel: (954) 228-5674
Fax: (954) 697-0357
josh@jfeyginesq.com

*Counsel for Plaintiff*