UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIA C. SAMUEL,
An Individual,   Case No. 9:23-cv-80681

    Plaintiff,

v.

HYUNDAI CAPITAL AMERICA, INC.,
d/b/a KIA FINANCE AMERICA,
A Foreign Corporation,

    Defendant.
_____/

## JOINT RESPONSE TO ORDER TO SHOW CAUSE

Pursuant to the Court's Order to Show cause [ECF No. 13], the Parties submit this Joint Response, and state:

1. The Parties' counsel diligently started to work on a Joint Case Management Report ("CMR") in early June. However, Defendant was internally evaluating the appropriate course of action for this matter, including potentially tendering defense to the dealership that handled the transaction that is the subject of this lawsuit. Ultimately it elected to tender defense to the dealership, which the dealership accepted.

2. During that time period, the deadline to file the CMR elapsed. Immediately following the tender, the dealership engaged GrayRobinson, P.A. as counsel, and directed that firm to appear for HCA in this matter.

3. Plaintiff filed its Corporate Disclosure statement immediately after receiving the Court's Order to Show Cause. Although counsel for Plaintiff scheduled the deadline to file the disclosure, the same was inadvertently overlooked as a result of an accident that resulted in a fractured kneecap. Counsel for Plaintiff was and continues to be away from his desk recovering from same.

4. Now that the tender of defense has been accepted and GrayRobinson, P.A. has been retained, the Parties worked diligently to comply with the Court's Order to Show Cause, have filed the Joint Case Management Report [ECF No. 15], and respectfully request the Court to accept the above as the reasons for their failure to comply with the Court's Order [ECF No. 10].

Respectfully submitted this 7th day of July, 2023.

By: */s/ Brandon T. White*
Brandon T. White, Esquire
FL Bar No.: 106792
Holland & Knight LLP
701 Brickell Ave
Suite 3300
Miami, FL 33131-2847
Office: 786-747-0222
Email:brandon.white@hklaw.com

By: */s/ Joshua Feygin*
Joshua Feygin, Esquire
Florida Bar No.: 124685
JOSHUA FEYGIN, PLLC
1930 Harrison Street, Suite 208-F
Hollywood, FL 33020
954.228.5674
josh@jfeyginesq.com

|  |  |
|---|---|
| *Attorney for Defendant* | *Attorney for Plaintiff* |

By: */s/ G Brock Magruder*
**G. Brock Magruder**
Florida Bar No.: 112614
Primary Email Address:
brock.magruder@gray-robinson.com
Secondary Email Address:
downs.litigation@gray-robinson.com
**EISELE IBARRA**
Florida Bar No.: 1039648
Primary Email Address:
eisele.ibarra@gray-robinson.com
**GRAY|ROBINSON, P.A.**
301 East Pine Street, Suite 1400
Orlando, FL 32801
Telephone: 407-843-8880
Facsimile: 407-244-5690
*Attorneys for Defendant*