UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80681-CIV-CANNON

NIA C. SAMUEL,

    Plaintiff,

v.

HYUNDAI CAPITAL AMERICA, INC.,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. On July 7, 2023, the Court entered a Scheduling Order directing the parties, among other things, to file a Joint Notice of Mediator Selection by **July 27, 2023** [ECF No. 19 p. 1]. To date, the parties have not filed the required Joint Notice or requested additional time within which to do so. Moreover, this is the second time that the parties have failed to comply with a Court imposed deadline [ECF Nos. 10, 13, 16].

Accordingly, it is **ORDERED AND ADJUDGED** that, on or before **August 7, 2023**, the parties shall file the required Joint Notice and show cause in writing why they failed to meet a second Court imposed deadline. **Failure to comply with this Order, and any future failure to comply with any Court order, will result in dismissal of this case without further notice**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 1st day of August 2023.

                                                      AILEEN M. CANNON
                                                      UNITED STATES DISTRICT JUDGE

cc:    counsel of record